IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JNH HOLDING, INC. | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-866-ALM |
| | § | |
| NATIONWIDE PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

Defendant Nationwide Property and Casualty Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

      Respectfully submitted,

      */s/ Patrick M. Kemp*
      Patrick M. Kemp
      Texas Bar No. 24043751
      pkemp@smsm.com
      Robert R. Russell
      Texas Bar No. 24056246
      rrussell@smsm.com
      Robert G. Wall
      Texas Bar No. 24072411
      rwall@smsm.com
      Segal McCambridge Singer & Mahoney
      100 Congress Avenue, Suite 800
      Austin, Texas 78701
      (512) 476-7834
      (512) 476-7832 - Facsimile

      **ATTORNEYS FOR DEFENDANT**
      **NATIONWIDE PROPERTY AND CASUALTY**
      **INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 8th day of November, 2017.

    Jeffrey L. Raizner
    Andrew P. Slania
    Amy B. Hargis
    Raizner Slania, LLP
    2402 Dunlavy Street
    Houston, Texas 77006

                                        */s/ Patrick M. Kemp*
                                        Patrick M. Kemp